# United States Bankruptcy Court
# Central District Of California

| In re: Kaveh Hakimian | CHAPTER NO.: 13 |
|---|---|
| | CASE NO.: 2:10−bk−22684 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

- ☑ Statement of Assistance of Non−Attorney or Bankruptcy Petition Preparer. [Local Rule 1002−1(g)]
- ☑ Verification of Creditor Mailing List. [Local Rule 1007−2(d)]
- ☑ Summary of Schedules (Form B6). [Local Rule 1002−1(g)]
- ☑ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002−1(g)]
- ☑ Disclosure of Compensation of Bankruptcy Petition Preparer. [11 U.S.C. §110; Local Rule 1002−1(g)]
- ☑ Declaration and Signature of Non−Attorney bankruptcy Petition Preparer (11 U.S.C. § 110) (Official Form 19)
- ☑ Statistical Summary of Certain Liabilities
- ☑ Debtor's Certification of Employment Income

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

Chapter 13 1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: April 2, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Angel Pavia**
**Deputy Clerk**