FILED
APR 15 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

FILED
APR 14 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Kaveh Hakimian<br>(818) 312 - 2333 | Case No: 2:10-bk-22684-VZ<br>Title: Order to extend<br>Chapter: Chapter 13<br><br>Date: 4/15/2010<br>Time: 1 PM<br>Place: United States bankrupcy Court |

I like to request thirty days extension so I can hire legal represemtation.

Best Regards

Kaveh Hakimian.