NANCY CURRY, CH 13 TRUSTEE
606 SOUTH OLIVE ST, STE 950
LOS ANGELES, CA 90014
Telephone: (213) 689-3014
Facsimile: (213) 689-3055

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:

**HAKIMIAN, KAVEH**

Debtor

**Chapter 13 Case No. LA 2:10-bk-22684-VZ**

**TRUSTEE'S DECLARATION THAT DEBTOR FAILED TO APPEAR FOR EXAMINATION AND THAT NO PLAN PAYMENTS HAVE BEEN RECEIVED.**

I, Nancy Curry, do hereby declare and state as follows.

1. I am the Trustee appointed with respect to Chapter 13 Case No. LA 2:10-bk-22684-VZ, HAKIMIAN, KAVEH , (the "debtor").

2. The §341(a) debtor examination was scheduled for May 18, 2010 at 09:00 AM.

3. The debtor failed to appear for examination.

4. A review of my records reflects that no plan payments have been received.

I declare under penalty of perjury that the above is true and correct.

Executed on May 19, 2010 at Los Angeles, California.

/s/ Nancy Curry, Chapter 13 Trustee

On May 19, 2010, a copy of this has been filed with the Court and served on

| | |
|---|---|
| HAKIMIAN, KAVEH | IN PRO PER |
| 865 COMSTOCK AVENUE<br>LOS ANGELES,, CA 90025 | , - |

I declare that the foregoing is true and correct.

Executed on May 19, 2010 at Los Angeles, California. /s/ Jaime Mejia