**United States Bankruptcy Court**
**Central District Of California**

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Kaveh Hakimian

**BANKRUPTCY NO.** 2:10−bk−22684−VZ

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−1254
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 6/16/10

**Address:**
865 Comstock Ave
Los Angeles, CA 90025

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1) The case is dismissed.

2) The automatic stay is vacated.

3) Any discharge entered in this case is vacated.

4) The Court retains jurisdiction on all issues arising under Bankrupcty Code § 110, 329 and 362.

with prohibition against being a debtor pursuant to
Bankruptcy Code Section 349

Dated: June 16, 2010

For The Court,
**Kathleen J. Campbell**
Clerk of Court

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: vcaldwayC Page 1 of 1 Date Rcvd: Jun 16, 2010
Case: 10-22684 Form ID: van23b Total Noticed: 10

The following entities were noticed by first class mail on Jun 18, 2010.

| | |
|---|---|
| db | +Kaveh Hakimian, 865 Comstock Ave, Los Angeles, CA 90024-2572 |
| aty | +Eric J Testan, Pite Duncan LLP, 4375 Jutland Dr Ste 200, San Diego, CA 92117-3600 |
| tr | +Nancy K Curry, 606 South Olive Street, Suite 950, Los Angeles, CA 90014-1668 |
| smg | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| ust | +United States Trustee (LA), 725 S Figueroa St., 26th Floor, Los Angeles, CA 90017-5524 |
| 26068959 | +CHASE, 3415 VISION DR, COLOUMBUS OH 43219-6009 |

The following entities were noticed by electronic transmission on Jun 16, 2010.

| | |
|---|---|
| smg | EDI: CALTAX.COM Jun 16 2010 21:08:00 Franchise Tax Board, ATTN: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 26480615 | EDI: CALTAX.COM Jun 16 2010 21:08:00 FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, P.O. BOX 2952, SACRAMENTO, CA 95812-2952 |
| 26287878 | +EDI: CHASE.COM Jun 16 2010 21:03:00 JPMorgan Chase Bank, NA, 7255 Baymeadows Way Mail Stop JAXB2007, Jacksonville, FL 32256-6851 |

TOTAL: 3

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

intp Courtesy NEF

TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2010** **Signature:** Joseph Speetjens