FILED & ENTERED

JUN 18 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY lewis DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

In re

KAVEH HAKIMIAN,

Debtor.

Case No. 2:10-bk-22684-VZ

Chapter 13

**ORDER DENYING APPLICATION FOR EXTENSION OF TIME FOR DEBTOR TO FILE SCHEDULES AND/OR PLAN**

Date:
Time: (No hearing)
Place:

On April 15, 2010, debtor KAVEH HAKIMIAN filed an Application for Extension of Time for Debtor to File Schedules and/or Plan ("Motion"). The case was dismissed based upon a ruling at the June 14, 2010 confirmation hearing. Based upon the foregoing, **IT IS ORDERED** that the Motion is **DENIED** as moot.

DATED: June 18, 2010

United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER DENYING APPLICATION FOR EXTENSION OF TIME FOR DEBTOR TO FILE SCHEDULES AND/OR PLAN was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **June 18, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

*(See NEF for confirmation of Electronic Transmission):*
**Chapter 13 Trustee** Nancy K Curry ecfnc@trustee13.com
**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

***Pro Se* Debtor**:
Kaveh Hakimian
865 Comstock Ave
Los Angeles, CA 90025

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 | Date Rcvd: Jun 18, 2010 |
| Case: 10-22684 | Form ID: pdf031 | Total Noticed: 4 | |

The following entities were noticed by first class mail on Jun 20, 2010.

| | |
|---|---|
| db | +Kaveh Hakimian, 865 Comstock Ave, Los Angeles, CA 90024-2572 |
| aty | +Eric J Testan, Pite Duncan LLP, 4375 Jutland Dr Ste 200, San Diego, CA 92117-3600 |
| tr | +Nancy K Curry, 606 South Olive Street, Suite 950, Los Angeles, CA 90014-1668 |
| ust | +United States Trustee (LA), 725 S Figueroa St., 26th Floor, Los Angeles, CA 90017-5524 |

The following entities were noticed by electronic transmission.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp Courtesy NEF
TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2010** **Signature:** Joseph Speetjens